UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD CARR,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

Case No. 12-cv-14426

Paul D. Borman
United States District Judge

Charles E. Binder
United States Magistrate Judge

ORDER (1) ADOPTING MAGISTRATE JUDGE CHARLES E. BINDER'S
OCTOBER 1, 2013 REPORT AND RECOMMENDATION (ECF NO. 14),
(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 8), and
(3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 13)

On October 1, 2013, Magistrate Judge Charles E. Binder issued a Report and

Recommendation to Deny Plaintiff's Motion for Summary Judgment and to Grant Defendant's

Motion for Summary Judgment. (ECF No. 14, Report and Recommendation.) Having reviewed the

Report and Recommendation, and there being no timely objections from either party under 28

U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and

Recommendation (ECF No. 14), DENIES Plaintiff's Motion for Summary Judgment (ECF No. 8),

GRANTS Defendant's Motion for Summary Judgment (ECF No. 13), and AFFIRMS the findings

of the Commissioner.

IT IS SO ORDERED.

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated:  October 25, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 25, 2013.


s/Deborah Tofil
Case Manager